NUMBER 13-00-111-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


KELLY WAYNE WATSON
, Appellant,


v.



DEWEY E. FLOYD
, Appellee.

____________________________________________________________________


On appeal from the 332nd District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Rodriguez and

Kennedy(1)

Opinion Per Curiam


 Appellant, KELLY WAYNE WATSON, perfected an appeal from a
judgment entered by the 332nd District Court of Hidalgo County, Texas,
in cause number C-4493-94-F(1). An appeal was also perfected by
appellee, Dewey E. Floyd. After the record was filed, appellee filed a
motion to dismiss appellant's appeal for failure to file brief and a
conditional motion to dismiss appellee's appeal. In the motions,
appellee requests that this Court dismiss appellant's motion for want
of prosecution and, in the event appellant's appeal is dismissed for
want of prosecution, appellee requests that his appeal also be
dismissed. Appellant has filed a letter response in which he states that
this matter has been settled, and he has agreed to dismiss his appeal. 


 The Court, having considered the documents on file, appellee's
motion to dismiss the appeal, appellee's conditional motion to dismiss,
and appellant's letter response, is of the opinion that the appeal should
be dismissed. Appellee's motions to dismiss are granted, and the
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 29th day of June, 2000.


1. Retired Justice Noah Kennedy assigned to this Court by the Chief
Justice of the Supreme Court of Texas pursuant to Tex. Gov't Code Ann.
§74.003 (Vernon 1998).